**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. : 18-15461-MDC |
| | ) | |
| CURTIS D. HURST, JR., | ) | |
|     Debtor | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| EXETER FINANCE, LLC, | ) | **HEARING DATE**: |
|     Movant | ) | Tuesday, December 4, 2018 |
| vs. | ) | 10:30 a.m. |
| | ) | |
| CURTIS D. HURST, JR., Debtor and | ) | |
| JULIA HURST, Codebtor, | ) | |
| | ) | **LOCATION:** |
| | ) | U.S. Bankruptcy Court |
|     Respondents | ) | Eastern District of Pennsylvania |
| and | ) | Courtroom #2 |
| WILLIAM C. MILLER | ) | 900 Market Street |
|     Trustee | ) | Philadelphia, PA 19107 |
| | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served or caused to be served on the 10th day of November, 2018, a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date upon each person and party-in-interest at the addresses shown:

I, the undersigned, certify that I served or caused to be served on the 3rd day of December, 2018, a copy of the Certificate of No Response and proposed Order upon each of the following persons and parties-in-interest at the addresses shown:

        **DEBTOR**
        Curtis D. Hurst, Jr.
        818 Cypress Street
        Lansdowne, PA 19050

**CODEBTOR**
Julia Hurst
818 Cypress Street
Yeadon, PA 19050

**DEBTOR'S COUNSEL**
Brad J. Sadek, Esquire
Sadek & Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

**CHAPTER 13 TRUSTEE**
William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

**UNITED STATES TRUSTEE**
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

           /s/ Jason Brett Schwartz
           Jason Brett Schwartz, Esquire