# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Curtis D Hurst, Jr. | Chapter 13 |
|  | Bankruptcy Case No.: 18-15461MDC |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esquire, hereby certify that on December 14, 2018, I served **Notice of Continued 341 Hearing** in the instant matter **to January 2nd, 2019 11:00AM** on all interested parties and the following parties by electronic means and/or regular US Mail at the following addresses:

**Office of the U.S. Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Dated: December 14, 2018                    Respectfully Submitted,

                            /s/ Brad J. Sadek, Esquire
                            Brad J. Sadek, Esquire
                            Attorney for the Debtor