B 2100A (Form 2100A) (12/15)

UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF Pennsylvania

In Re: CURTIS D HURST JR                                                                 Case No. 18-15461

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wollemi Acquisitions, LLC c/o AIS Portfolio Services, LP | Exeter Finance LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Wollemi Acquisitions, LLC by AIS Portfolio Services, LP as agent
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Phone: (817)277-2011
Last Four Digit of Acct# 5138

Court Claim # (If known): 5
Amount of Claim: $34009.27
Date Claim Filed: 11/27/2018

Phone:
Last Four Digit of Acct# 2025

Name and Address where transferee payments should be sent (if different from above):
Wollemi Acquisitions, LLC by AIS Portfolio Services, LP as agent
PO Box 4138,
Houston, TX 77210-4138
Phone: (817)277-2011
Last Four Digit of Acct# 5138

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ashish Rawat
<u>AIS Portfolio Services, LP as agent</u>
Transferee/Transferee's Agent

Date: 01/15/2019