UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|     Curtis Hurst | : | Chapter 13 |
| | : | |
| | : | |
|     Debtor | : | Case No.: 18-15461MDC |

### ORDER GRANTING DEBTOR'S REQUEST FOR AN EXPEDITED HEARING

AND NOW, this _____ day of _____, 2019 upon consideration of the Debtor's Motion for an Expedited Hearing to hear Motion to Reconsider dismissal of Bankruptcy Case, it is hereby;

ORDERED and DECREED that a hearing will take place on:
Date_____
Time_____

Debtor's Counsel shall serve said date and time via a Notice on all interested parties, and the Chapter 13 Standing Trustee.

FURTHER ORDERED:

_____
Hon. Magdeline D. Coleman