UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Curtis Hurst | : | Chapter 13 |
| | : | |
| | : | |
|    Debtor | : | Case No.: 18-15461MDC |

### ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER DISMISSAL ORDER AND REINSTATE BANKRUPTCY

      AND NOW, this _____ day of _____, 2019 upon consideration of the Motion of Curtis Hurst to Reconsider Dismissal Order and Reinstate Bankruptcy, it is hereby:

      ORDERED and DECREED that the Order dismissing Debtor's Chapter 13 Bankruptcy case is reconsidered, and said case is forthwith reinstated;

      FURTHER ORDERED:

_____
Hon. Magdeline D. Coleman