UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Curtis Hurst | : | Chapter 13 |
| | : | |
| | : | |
|     Debtor | : | Case No.: 18-15461MDC |

CERTIFICATE OF SERVICE

    I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Expedited Motion to Reconsider Dismissal and Reinstate Bankruptcy Case and Notice of Motion by Regular US Mail on all creditors, and the following parties by electronic means or regular US mail:

**William C. Miller, Esq.**
Chapter 13 Trustee
(electronic service)

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Brad J. Sadek, Esq.
Attorney for Debtor
Sadek and Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008