UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Curtis Hurst<br><br>Debtor | : <br>: <br>: <br>: <br>: | Chapter 13<br><br><br>Case No.: 18-15461 MDC |
|---|---|---|

## ORDER GRANTING DEBTOR'S REQUEST FOR AN EXPEDITED HEARING

AND NOW, this 28th day of March, 2019 upon consideration of the Debtor's Motion for an Expedited Hearing to hear Motion to Reconsider dismissal of Bankruptcy Case, it is hereby;

ORDERED and DECREED that a hearing will take place on:
Date April 11, 2019
Time 11:30 a.m.

Debtor's Counsel shall serve said date and time via a Notice on all interested parties, and the Chapter 13 Standing Trustee via electronic mail, facsimile on or before March 29, 2019 at 5pm. A certificate of service must be filed prior to the hearing.

FURTHER ORDERED:

Hon. Magdeline D. Coleman