## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| Curtis Hurst | : |
| | : Case No. 18-15461MDC |
| | : |
| Debtor(s) | : Chapter 13 |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on March 28, 2019, a true and correct copy of the NOTICE AND ORDER GRANTING DEBTOR'S REQUEST FOR AN EXPEDITED HEARING was served by electronic delivery to all interested and affected parties and the Trustee.

Very Truly Yours,

March 28, 2019

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Curtis Hurst<br><br>    Debtor (s) | :<br>:<br>:   Chapter 13<br>:<br>:   Case No.: 18-15461MDC |

Notice of Motion, Response Deadline and <u>Expedited</u> Hearing Date

    Brad J. Sadek, Esq., attorney for the Debtor in the above captioned matter has filed an Expedited Motion to Reconsider Dismissal of Chapter 13 Bankruptcy for reasons detailed in the enclosed Motion.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney you may wish to consult an attorney).

    1.    If you do NOT want the court to grant the relief sought, then on or before the hearing date of **APRIL 11, 2019**, you or your Attorney must do ALL of the following:

If you mail your answer to the clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(a)    file an answer explaining your position at:
        United States Bankruptcy Court
        Eastern District of Pennsylvania
        900 Market Street, Suite 400
        Philadelphia, PA 19107

(b)    mail a copy to the movant's attorney:
        Brad J. Sadek, Esq.
        Sadek and Cooper Law Offices
        1315 Walnut Street #502
        Philadelphia, PA 19107

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the enclosed objection.

    **3.**    A hearing on the objection is scheduled to be held before **The Honorable Magdeline D. Coleman on April 11, 2019 at 11:30 am at The United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107 Courtroom #2.**

    4.    You may contact the Bankruptcy Clerks office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Curtis Hurst | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 18-15461MDC |

## ORDER GRANTING DEBTOR'S REQUEST FOR AN EXPEDITED HEARING

AND NOW, this 28th day of March, 2019 upon consideration of the Debtor's Motion for an Expedited Hearing to hear Motion to Reconsider dismissal of Bankruptcy Case, it is hereby;

ORDERED and DECREED that a hearing will take place on:
Date April 11, 2019
Time 11:30 a.m.

Debtor's Counsel shall serve said date and time via a Notice on all interested parties, and the Chapter 13 Standing Trustee via electronic mail, facsimile on or before March 29, 2019 at 5pm. A certificate of service must be filed prior to the hearing.
FURTHER ORDERED:

Hon. Magdeline D. Coleman